COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles LA 70602-1641

Miles J. Guidry
Louisiana State Prison DOC No. 733356
Camp D Hawk 3-R-3
Angola LA 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on June 26, 2019

**REHEARING ACTION: June 26, 2019**

**Docket Number: 18   00867-KA**

**STATE OF LOUISIANA**
**VERSUS**
**MILES J. GUIDRY**

**Appealed from Lafayette Parish Case No. CR 156140**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux**
**Hon. Shannon J. Gremillion**
**Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Miles J. Guidry** has this day been

**DENIED.**

cc: Hon. Keith A. Stutes, Counsel for the Appellee
    Michele S. Billeaud, Counsel for the Appellee